# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154556(77)
154557

COLOMA CHARTER TOWNSHIP,
      Plaintiff/Counterdefendant-
      Appellee,

v

BERRIEN COUNTY and BERRIEN COUNTY
SHERIFF'S DEPARTMENT,
      Defendants/Counterplaintiffs-
      Appellants,
and

LANDFILL MANAGEMENT COMPANY, INC.,
and HENNESSY LAND COMPANY,
      Defendants-Appellants.

SC: 154556
COA: 325226
Berrien CC: 13-000317-CZ

_____

JOE HERMAN, SUE HERMAN, JAY JOLLAY,
SARAH JOLLAY, JERRY JOLLAY, NEAL
KREITNER, TONY PETERSON, LIZ
PETERSON, RANDY BJORGE, ANNETTE
BJORGE, and TINA BUCK,
      Plaintiffs-Appellees,

v

BERRIEN COUNTY,
      Defendant-Appellant.

SC: 154557
COA: 325335
Berrien CC: 05-003247-CZ

_____/

On order of the Chief Justice, the motion of the Michigan Sheriffs' Association to participate as amicus curiae and to file an amicus brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on November 8, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2016



Clerk